# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| DIONNE KEGLEY, | : | |
| *Individually and as next of kin of CK, a minor, et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00135 (WLS) |
| | : | |
| DEBBIE ANN FLETCHER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

On September 15, 2021, the Court entered a Notice of Pretrial Conference, notifying the Parties to confer and submit a joint proposed pretrial order by October 5, 2021 and to attend a pretrial conference on October 12, 2021. (Doc. 16.) Defendant's counsel filed proposed voir dire questions and proposed jury instructions on October 5, 2021. (Docs. 17 & 18.) But no proposed pretrial order was submitted, and no pretrial documents were filed by Plaintiffs. Further, the Court notes that dispositive motions were due by September 10, 2021 (Doc. 13), and no such motions were filed. Thus, this case is ready to proceed to trial during the Court's November 2021 trial term.

Accordingly, the Parties are **ORDERED** to prepare and email to the Clerk's Office a joint proposed pretrial order **immediately and no later than Friday, October 8, 2021**. By the same date, proposed voir dire questions, proposed jury instructions, and proposed verdict forms must be filed.

**SO ORDERED**, this 7th day of October 2021.

                                     **/s/ W. Louis Sands.**
                                     **W. LOUIS SANDS, SR. JUDGE**
                                     **UNITED STATES DISTRICT COURT**