**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| DIONNE KEGLEY, | : | |
| *Individually and as next of kin of CK, a minor,* | : | |
| *et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.:  7:20-CV-00135 (WLS) |
| | : | |
| DEBBIE ANN FLETCHER, | : | |
| | : | |
| Defendant. | : | |

## <u>ORDER</u>

On September 15, 2021, the Court entered a Notice of Pretrial Conference, notifying the Parties to confer and submit a joint proposed pretrial order by October 5, 2021 and to attend a pretrial conference on October 12, 2021. (Doc. 16.) The pretrial conference occurred on Tuesday, October 12, 2021, which defense counsel attended. Plaintiffs' counsel was not present. The Court issues this Order to memorialize the instructions given at the conference and to issue further instructions to the Parties.

Defense counsel announced that the Defendant was not ready for trial as she had not received any discovery from Plaintiffs and understood that Plaintiffs still intended to provide the requested discovery. Indeed, the joint proposed pretrial order reflects that Plaintiffs intend to provide discovery as soon as possible. The Court then inquired whether the discovery period should be reopened, and defense counsel affirmed that it should. Thus, the Court instructed defense counsel to file a motion to continue the trial and to reopen the discovery period, and the motion shall indicate whether Rule 26 initial disclosures have been made and on what date(s). Said motion is due **no later than Friday, October 22, 2021**. Plaintiffs shall respond thereto, explaining the grounds for any opposition or whether Plaintiffs consent to the motion, **no later than Friday, October 29, 2021**, after which the Court will resolve the motion.

Furthermore, because Plaintiff's counsel did not attend the pretrial conference and did not request to be excused from attending, Plaintiffs' counsel is hereby **ORDERED** to file a written response to this Order **no later than Friday, October 22, 2021** explaining why counsel failed to attend the conference.

      **SO ORDERED**, this 14th day of October 2021.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**