**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

DIONNE KEGLEY,                                      :
*Individually and as next of kin of CK, a minor,*  :
*et al.,*                                            :
                                                    :
          Plaintiffs,                               :
                                                    :
v.                                                  :          CASE NO.:  7:20-CV-00135 (WLS)
                                                    :
DEBBIE ANN FLETCHER,                                :
                                                    :
          Defendant.                                :

## ORDER

Discovery initially closed in this case on August 11, 2021, and no dispositive motions were filed. (Docs. 13.) Thereafter, only defense counsel attended the pretrial conference, who stated that he had not received any discovery from Plaintiff and that discovery should be reopened (Doc. 24). Defendant had also filed a motion in limine that remains pending (Doc. 22). The Court subsequently granted Defendant's motion to reopen the discovery period and to continue the trial, and discovery most recently closed on March 18, 2022. (*See* Doc. 30.) Dispositive motions were due by April 18, 2022, but none were filed. Accordingly, this case should be ready for trial to commence in the Court's August 2022 trial term.

The Parties are **ORDERED** to file a joint status report **no later than Monday, May 16, 2022** stating whether discovery is complete and they are ready to proceed to trial or whether this case has been resolved and the motion in limine is now moot. Any motions for relief shall be timely filed.

**SO ORDERED**, this 10th day of May 2022.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE
                                        UNITED STATES DISTRICT COURT**

1