# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| DIONNE KEGLEY, | : | |
| *Individually and as next of kin of CK, a minor, et al.,* | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-CV-00135 (WLS) |
| | : | |
| DEBBIE ANN FLETCHER, | : | |
| | : | |
| Defendant. | : | |

## ORDER

In accordance with the Court's prior Order (Doc. 31), the Parties have now filed a Joint Status Report (Doc. 33). Therein, the Parties state that they have agreed to settle this case and will dismiss this case without prejudice after the settlement documents are executed.

To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing **no later than Friday, June 17, 2022** or, by the same deadline, file with the Court a motion for additional time explaining why additional time is needed.

The pending motion in limine (Doc. 22) is **DENIED AS MOOT**.

**SO ORDERED**, this 18th day of May 2022.

                                                                                  **/s/ W. Louis Sands**
                                                                                 **W. LOUIS SANDS, SR. JUDGE**
                                                                                 **UNITED STATES DISTRICT COURT**