# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

DIONNE KEGLEY, individually and :
as next of kin of CK, a minor, :
: CIVIL ACTION
             Plaintiffs, : FILE NO. 7:20-CV-00135
:
vs. :
:
DEBBIE ANN FLETCHER, :
:
             Defendant. :

## [PURPOSED] ORDER

**THIS MATTER** having come before the Court on the **Joint Stipulation and Consent Motion to Dismiss With Prejudice**, submitted by all Plaintiffs and Defendant Debbie Ann Fletcher. ("the Parties"), and upon consideration thereof and for good cause shown,

    **IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED.** The Court orders that all claims shall be dismissed, with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

    ENTERED this 20th day of July, 2022.

_____
JUDGE W. LOUIS SANDS,
UNITED STATES MIDDLE
DISTRICT OF GEORGIA