IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DIONNE KEGLEY, individually and as next of kin of CK, a minor, | * |
| | * |
| Plaintiffs, | Case No. 7:20-CV-135 |
| v. | * |
| DEBBIE ANN FLETCHER, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 20, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of July, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk